Opinion issued December 22, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00544-CV

———————————

In re Jay H. Cohen, 

Relator



 



 

On Appeal from the 234th District Court

Harris County, Texas



Trial Court Case No. 2010-20973

 



 

MEMORANDUM OPINION[1]

PER CURIAM.

In this original proceeding, Relator Jay H. Cohen seeks relief from a trial court order
expunging lis pendens on
two properties.  

We deny the petition for writ of
mandamus.  

 

Panel
consists of Chief Justice Radack and Justices Bland and Huddle.

 











[1]
          The underlying case is Cohen v. Dilick,
No. 2010–20973, in the 234th District Court of Harris County, the Honorable
Reece Rondon, presiding.

 

.